Josephine B. Kiley, appellee, v. Michigan Central Railroad Company, appellant. Gen. No. 25,080.

Action to recover for articles missing from baggage checked by carrier. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Winston, Strawn & Shaw, for appellant; Frank H. Towner, of counsel. Joseph C. Pisha and Ewart Harris, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Gustave Dalluf, appellee, v. Vincenzo Chiara et al., on appeal of Vincenzo Chiara and Jerome H. Bassy, appellants. Gen. No. 25,089.

Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed, questions of fact not having been preserved for review, a directed verdict having been properly denied and the abstract being insufficient to present refusal of instruction for review. Opinion filed March 9, 1920.

Cairoli Gigliotti, for appellants. Litsinger, Healy & Reid, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Agnes South, appellant, v. Anton J. Cermak, bailiff of the Municipal Court of Chicago, appellee. Gen. No. 25,120.

Action of replevin against bailiff of municipal court. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. S. C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Andalman & Cohen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

George E. Ford, appellee, v. M. Piowaty & Sons, appellant. Gen. No. 25,121.

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment here with finding of fact. Opinion filed March 9, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Stewart Reed Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.